# EXHIBIT A

FROM THE DESK OF

# Michelle Haywood

February 11, 2025

Dear Judge Hurson,

I'm writing to share Sky Lawson's record of giving generously of herself and her time. Never was she one to take what's not hers, despite the charges Sky has pled to.

I am Sky Lawson's mom. I quit a promising career to raise Sky with as much love, attention and training to the highest moral compass possible. She was raised in a tight knit family committed to serving the community in every way. Sometime after homeschooling Sky, I became Chair of the Prince George's County Inauguration and Founding Director of Path to Greatness, a 501c3 (with a mission to inspire volunteerism and philanthropy of everyday citizens). Path to Greatness became the slogan for the county. The impact of our charitable work was far reaching...including its impact on Sky.



I've watched Sky volunteer hundreds of hours of community service. Even on her job, she volunteers to work on holidays to spare her colleagues. Sky was the one to deliver toys to families on Christmas Eve when volunteers couldn't. She was always the most trusted shopper for our Toy Drive. Sky handled our company credit card with such responsibility, saving receipts and saving on discounts to enable purchases for more children in need.

Of her countless displays of character, the most recent came as Sky was attacked on her neck and hand, dragged by an unmuzzled 116 pound Dogo Argentino while doing her job as a Veterinary Technician. Traumatized, bleeding, in excruciating pain in the hospital bed, Sky cried to me. She expressed, in that moment as we worried about saving her right hand, that she did not want the dog put down because of her. "He (the owner) loves that dog!" she cried. She didn't want the dog owner to feel bad or be sued. Nor did she want her employer to be put at a disadvantage from the incident. Together, we agreed and focused all energy on a miraculous healing.

Sky's senses have awakened from this. Being raided and arrested. Charged with felony crimes that make her cringe. Estranged for two and a half years from the place she called home. She's cried rivers. But, along the way she's changed her circles. Her focus in life. Yes, I was immensely disappointed in Sky for allowing our address to be used in this case. Hard conversations were had. But, I'm pleased that she understands and takes responsibility for every mistake. She's now thrilled by her excellence in school. She works part-time, and gets all A's, able to connect her regrettable move, years ago, as the turning point that catapulted this growth to responsible adulthood and her own, albeit bumpy, path to greatness.

802 PALANTINE PLACE BOWIE MD 20716  *  MOBILE 240-882-6432 PLEASE LEAVE A MESSAGE
EMAIL: DIVA1234.MH@GMAIL.COM

Sincerely,

Michelle Haywood

2

# PS- On Our Family and Sky

## <u>The Early Days</u>



**1989**
Sky's parents, Chris Lawson and Michelle Haywood, met in DC working at 601 Pennsylvania Ave NW. They fell deeply in love.
**1991 They tied the knot. Married by Michelle's grandfather,** Reverend Mr. Hiram H. Haywood, II, one of

 

the first African-American Permanent Deacons in the Archdiocese of Washington; Tuskeegee Airman and pillar of the community.
- Chris Lawson began working as a Sales Manager at American Express

**1992**
Sky's brother Jet Lawson was born
**1993**
Michelle Haywood graduated from American University with a MA in Public Communications (both undergraduate and graduate were at least a 3.6 gpa)

 

**1994**
Sky's mom came home from working as a Public Relations Coordinator for the Baltimore Arena to be a full-time mom. Seven months later, Sky was born!

 

## <u>During the developmental years</u>

Sky's mom homeschooled Sky and her older brother Jet, raising both with strong morals and ties to the community. Both were active in many activities and kept in healthy social environments. Sky took at least five years of ballet and modern dance;







at least 5 years of equestrian training; 4 years of swimming; participated in soccer, cheerleading, track; arts and crafts, cooking and a multitude of other courses outside the home. During these years, the family traveled for family vacations to Disneyworld, Sedona Arizona and the Grand Canyon. Chris became a basketball coach for the South Bowie Sharks and ultimately President of the South Bowie Boys and Girls Club. Mom managed schooling, the countless ongoing



activities of the kids and a lot of hosting of play dates for the kids and their many friends. Sky's dad moved from American Express to Cigna Healthcare, then



to open his open business providing health insurance and employee benefits to small businesses. He named his business Insuraty. The family has been supported by the this business to today.







## From 2001 to 2010

Sky's first experience with school outside the home was at Fairhaven in Queen Anne Estates, Maryland. Fairhaven is a private democratic free school attended by children from the ages of 5 to 19. It's Maryland's first Sudbury School with the basic tenets of educational freedom and democratic governance. On many warm days, Sky walked barefoot outside and dug for shark's teeth in the creek on school grounds with her friends. Sky was still homeschooled at this time. The school offered socialization. Sky, then attended The Earth School. A start-up run by a Romey Pittman who is Founding Principal of New Village Academy, an innovative high school in Annapolis that empowers students to take charge of their education. The new charter school in Anne Arundel County will open in Annapolis Mall in Fall 2025.

The exact year is uncertain, but sometime around at 7, Sky had a series of seizures. She was taken to Children's Hospital in Washington DC to look into it. With no solutions offered by doctors, her mom tirelessly researched and came upon some information in the fine print of one of her son's video games. It stated that some people have difficulty with the flashing lights in the games and in some television programs, especially when sleepy. Sky was no longer allowed to play video games after 5pm. The seizures stopped. Completely.

In 2001, inspired by lessons introducing the children to the Constitution and Declaration of Independence, Sky's mom began to teach about the importance of being a part of "We the People," and involvement in the political process. Sky's parents became very involved in politics for the purpose of raising the children with a dedication to the same. Sky, as a child, began volunteering and becoming aware of the process of elections and voting. From the age of voting, to this day, Sky has been a 'super voter' and has hundreds of hours of volunteering under her belt. She hosted a public volunteer event herself, Care Packages Fur Neighbors. Collecting supplies for the animals of a shelter in NW Washington and inviting roughly twenty volunteers to come in and spend loving time with the animals.

Sky's Myers-Briggs personality profile is ESFP (Extroverted, Sensing, Feeling, Perceiving) Although she was very shy as a child, she flourished socially, sprouting as a social butterfly when she attended 8th grade at Tasker Middle School in Bowie, Maryland. This was her first public and formal school experience. Her naturally





Sky organized this event in 2017. She took the picture.

spontaneous spirit grew an incredibly large circle of friends...fast! That friend circle never stopped growing. And that had its ups and its downs. Sky's very open and not quick to judge others. It was one of the friends she met in middle school who she let use her address. That was a big mistake that she is learning from and paying for.

## From 2010 to Today

Sky's brother graduated from Bowie High School in 2010. Then, Anne Arundel Community College (Film Studies), and now University of Maryland Global Campus (Bachelors in Criminal Justice)

Her dad still works tirelessly to support the family and run Insuraty. Starting in 2010, he served for several years as Chairman of the WSSC (Washington Suburban and Sanitation Commission) and for the next decade as a Commissioner (Appointed by two different County Executives, Baker and Alsobrooks). He started and operated DMVelite for the last 15 years as well. A youth sports organization supporting athletes in the region.

In high school, Sky's immense popularity became a distraction. That distraction slowly convinced her that she wasn't college material. When she graduated from Bowie High School in 2012, she immediately fell in love with a young man and they

6

planned to be together. But, tragically, he was taken suddenly by a fatal bout with asthma. That tragedy weighed very, very heavily on Sky and she sought the support of her whopping friend base to keep her inspired.

It was one of those friends who supported her during that grieving who she let use her address. That was a big mistake that she is learning from and paying for.

Sky pursued her love for animals and became a Vet Technician.

Sky's mom, after having raised the kids to high school, started an accessories business. Producing and manufacturing scarves for men and women. Business trade names were Divagifts, Inc, doing business as Honeysuckle. In the midst of that business opening, Michelle was appointed Chair of the Prince George's County Inauguration in 2010, hosting an Inaugural Ball for over 2K guests. She then, swapped the 501c4 she formed to run the Inauguration for a 501c3 Path to Greatness, Inc. And over ten years engaged over a thousand first-time volunteers in actions that helped the community. Sky worked tirelessly alongside her mom for years. On Christmases and other holidays. Whatever it took to serve others.

Last winter, spurred by a spirit to serve, Sky's mom took a turn at teaching 4th grade Language Arts and Social Studies at Northview Elementary. *She quickly returned to writing projects and aspires to study art soon.*

After high school, Sky worked for Eagle Academy, an elementary charter school in DC, for a year and then, Path to Greatness. Then, A.P.A.W. Veterinary Hospital for the last three years.



2024



2024

Despite this current situation for Sky, she has the unconditional love and support of her family. Her parents are together. Still, very much in love with plans for a rich life ahead for the whole family. They pray continuously, to lift Sky so that she may survive this and move forward with her life the way she always dreamed. The family is well aware of Sky's remorse for poor choices and has found appreciation out of all of this, for how much she has grown in the past two and a half years. She still loves friends, but she's much more discerning about her circle and her life moving forward.

# Notes from Sky's Coworkers

For: _____ SKY _____ Date: 1/24/23
Act of Awesomeness Worthy of Kudos:

Handling Mrs. Dinsmoore on the
phone with patience and so grace.

RC4Lyfe!

From: Rae

---

For: Sky _____ Date: 1/12
Act of Awesomeness Worthy of Kudos:

Pushing through when you
have felt like crap! I appreciate
ya!

From: Michelle

---

For: SKY _____ Date: 1/11/?
Act of Awesomeness Worthy of Kudos:

great job handling
BOO-BOO's appointment
I know the client was
beyond difficult!

From: Michelle

---

For: SKY _____ Date: 12/29
Act of Awesomeness Worthy of Kudos:

Taking over AMOS's final
arrangements- you really went
the "extra mile! Great Job!"

From: Michelle

---

For: Sky _____ Date: 1/20
Act of Awesomeness Worthy of Kudos:

holding it together with
the clients who may be
not so nice.

From: Michelle

---

For: Michelle _____ Date: 12/13
Act of Awesomeness Worthy of Kudos:

For all ways being kind
and doing your
job (5
and for being sensible

From: Tyler

---

For: SKY _____ Date: _____
Act of Awesomeness Worthy of Kudos:

you did a great
job w/ the difficult
client Boo Boo
chaplin

From: Dr. Johnson via Gabby
she told me to ...

---

For: SKY _____ Date: _____
Act of Awesomeness Worthy of Kudos:

Always being kind with
clients even when they
are not nice to deal
with.

From: Michelle

8

# More notes from Sky's coworkers

For: Sky    Date: 12/26
Act of Awesomeness Worthy of Kudos:
Coming in to take care of the pets on XMAS!!
From: Michelle

For: Chip Skylark    Date: 2/24/23
Act of Awesomeness Worthy of Kudos:
Coming in to open even when you're too tired
From: Rae

For: Sky    Date:
Act of Awesomeness Worthy of Kudos:
Thank you for saying that you enjoy working with me on Mondays. That made me really happy and thanks for all of your help with my cases!
From: Dr. Marrow

For: Sky    Date: 2/24/23
Act of Awesomeness Worthy of Kudos:
Thank you for staying late to help out. Very much Appreciated
From: Kleonna    -RC-

Sky always makes work more fun and really enjoy working w/ her

For: Sky    Date: 1/24/23
Act of Awesomeness Worthy of Kudos:
Handling Mrs. Dimsmoore on the phone with patience and grace.
RC4Lyfe!
From: Rae

For: Sky    Date: 12/27/27
Act of Awesomeness Worthy of Kudos:
Tackling those scans and finishing them
From: Larry

9

## *Other Notes*



•After three years of working as a Vet Technician, Sky was attacked by a problematic 118lb. Dogo Argentino that damaged her right hand in late June 2024. She continues to heal. During the healing process, she realized that her right hand is unlikely to regain its full strength and capacity. That news and some apprehension with dealing with dogs now, led her to take a try at college courses. As it turns out, without the distractions she faced in high school, Sky is excelling with goals for straight A's in her studies in Business Management at Prince George's Community College right now.













Sky at home with her rescue horse Hope



CLG & Associates, LLC

February 24, 2025

The Honorable,

As the former President of the Maryland State Fraternal Order of Police and current Owner/CEO of CLG & Associates LLC, I was devastated to find out that Sky Lawson had been a party to this case. I was even more distraught when I was later advised that she had pled guilty to wire fraud and identity theft. I have known Sky and her family now for over fifteen years. I'm writing this letter to offer a glimpse of who I know Sky to be in hopes that you will see that she is more than the offenses she's charged with.

My teenage son ranted about finding the love of his life. Then, I met Sky and understood why. She was kind, delightful, funny, charming, intelligent, and cultured. The type of young lady you hope your son brings home to meet the family. I then met her parents and saw where she got it from. They were open, warm, and giving souls. Both parents being entrepreneurs, civic minded, and philanthropic. Such great role models, that they encouraged my son and later me to become more giving with our time and resources. We immediately fell in love with her and her family. Tragically, my son passed away due to a medical illness. Despite his passing, Sky remains to this day a part of our family and I would do anything for her.

I've only known Sky to be an upstanding, lovely young lady who volunteers a *lot of her time and wants to see only the best in people and the world*. I know that she was raised to follow the law and be an upstanding member of society. But, like all humans, I also know that people make mistakes. I've talked with Sky, and I believe with all my heart that she recognizes and regrets the pain this has caused. I am wholeheartedly convinced that there's no chance of her ever being mixed up with or on the wrong side of the law after this episode. And, while I realize the Federal Sentencing Guideline requires a mandatory minimum, she recognizes that the court is not bound to that and that she could be facing significantly more time if you so deem it.

It is my hope that you will find and look favorably upon Sky Lawson. That you will see some redeeming quality in her recent academic endeavors and her commitment to hard work. I pray that you will be lenient in your sentencing and allow Sky to show the court through her actions and deeds how bright her future can be despite having had a misstep.

Sincerely yours,

Ismael Vincent Canales



P.O. Box 513 · Bowie, MD 20718 · www.clgassocllc.com
w: 240-320-2948 · e: clgassocllc@gmail.com

12

7850 Walker Dr.
suite 301
Greenbelt, Md. 20770

# Rushern L. Baker III

Attorney at Law

w. 240-650-8732
rushernbaker@bakerstrategygroup.com

February 23, 2025

Dear Honorable Judge

My name is Rushern L. Baker, III, former County Executive for Prince George's County, Maryland, and I have had the privilege of knowing Sky Lawson for over twenty years. I write to you today with the utmost respect for this Court and with the sincere hope that you will consider leniency in her sentencing.

Sky has been an integral part of my life and my community since she was a teenager. When I first ran for County Executive in 2002, she was one of my youngest and most dedicated volunteers—quiet but determined, always eager to help. As she grew, so did her sense of civic duty. She took it upon herself to encourage other young people to engage in public service, inspiring many to participate in political campaigns and community initiatives for the first time.

Beyond politics, Sky has demonstrated an extraordinary commitment to service. At the nonprofit Path to Greatness, she worked tirelessly on projects that benefited the most vulnerable members of our community—organizing toy drives, distributing food to families in need, rehabilitating shelters, and leading environmental clean-ups. These efforts were not merely acts of obligation; they were a reflection of her compassionate heart and strong moral character.

While Sky has accepted responsibility for her actions in this matter, I firmly believe that this situation is not representative of who she truly is. She has expressed deep remorse to me personally, and understands the seriousness of her choices. I have no doubt that she will use this experience as a catalyst for growth, striving to make amends and continue serving her community in meaningful ways.

Your Honor, I respectfully ask that you take into account Sky's longstanding record of integrity, service, and accountability as you consider her sentence. She is not someone who takes this moment lightly, and I believe she has the potential to emerge from this experience as an even stronger and more responsible member of society.

13

7850 Walker Dr.
suite 301
Greenbelt, Md. 20770

## Rushern L. Baker III

Attorney at Law

w. 240-650-8732
rushernbaker@bakerstrategygroup.com

Thank you for your time and consideration. Please do not hesitate to contact me if I can provide any further information.

Sincerely,
**Rushern L. Baker, III**



## Karen E. Farmer

February 18, 2025

Dear Judge Hurson,

I retired in 2022 from law enforcement after serving as a Probation and Parole Officer with the Court Services and Offender Supervision Agency (CSOSA) for The District of Columbia. I'm also a life-long friend of Sky Lawson's mother and have known Sky Lawson since her birth.

I've volunteered alongside Sky many times over the years. Sky is a delightful, generous and honorable young lady with a spirit for helping others. It's very difficult to find myself writing to state that the poor choice Sky made does not represent who she is. But, I'm compelled to.

I know firsthand the tendency to see only her irresponsible choices, but from my personal and professional experience, I strongly believe Sky's poor decision stemmed from her inability to exercise good judgment during a young and developing stage of her life. I believe that was coupled with some gullibility when facing a high-risk situation, as well as the inherent pressures of being lured by a close and trusted male friend.

As a Community Supervision Officer, I've felt the pleasures of observing individuals thrive and turn the page from lenient sentences. I've also felt that dismay when others squandered that golden opportunity. With the benefit of knowing Sky personally, it is my professional belief that Sky is the individual who will take full advantage of every opportunity given to her in the event of lenient sentencing. Sky would present as a model candidate and success story. A young woman immediately returning to the life expected of her. Her recent strives for academic success alone, hint at the woman she truly is. Sky promises to be one of those cases that would forever remind us criminal justice practitioners of why we continue to believe in redemption.

14501 Governor Sprigg Pl Upper Marlboro, MD 20772
202-422-7496 mobile

15

Respectfully,

Karen E. Farmer

Karen E. Farmer

FROM THE DESK OF

# Chris Lawson

February 12, 2025

Dear Honorable Judge Hurson,

I am Sky Lawson's father. I'm also an insurance and investment professional; former Chairman of the WSSC; former AAU and high school coach, and a long-time business owner. High ethics mean everything to me. So, I was stunned and deeply disappointed in my daughter's lapse of judgment to allow our address to be used in this case. I can tell you that Sky was not motivated by a need for money. But it doesn't matter *why* she did it. Sky should have been more discerning. I'm writing to explain that Sky is more disappointed than any of us and more discerning now than ever.

Sky was the sweetest little daddy's girl. My little Skipper. She brought handmade cards and whatever crafts she made at homeschool to me when I came home from work everyday. Sky was the one who smiled and laughed more than she ever talked. Except when she'd whisper 'I Love You' under her breath. She's very affectionate.

When Sky was a sophomore in high school, we worked side by side. I was an Assistant Coach at Bowie High School and she served as a Varsity Basketball Assistant Manager. What a thrill to work alongside my daughter. I got to witness her diligence and sense of responsibility in a real world setting. It made me proud. Her mom and I have always anticipated high life achievement from Sky. All the elements are there.

For the years between 2018 and 2020, Sky was entrusted with the management of employee onboarding for my clients. Sky handled sensitive client accounts very responsibly and without issue. Sky *protected* client information. That's who she is. Sky has throughout her life been highly trustworthy. It has never been in Sky's character to steal or abuse anyone's trust. Ever.



I know how the charges my daughter has pled to make her look on paper, but Sky's involvement was more...well, frankly stupid, than criminal. As you determined sentencing, I beg you to consider the lessons Sky has learned over the nearly three years since the charges were brought forth. She's matured since then. Her remorse is as deep as her *fear* of ever being involved with the law again.

Sincerely,

Chris Lawson

17110 QUEEN ANNE ROAD, UPPER MARLBORO MD  (240) 882-6431   CHRISLAWSON@INSURATY.COM

## JET LAWSON

March 6, 2025

**240-832-4788**
**jetcl32@yahoo.com**

Dear Honorable Judge Hurson,

**802 Palantine Place**
**Bowie, MD 20716**

I'm Sky Lawson's big brother and only sibling. Please let me shed light on who Sky really is. She's been by my side for my whole life and we've even been roommates throughout our adulthood, until this happened. Few know Sky the way I do.



Me and my sister Sky

Even when Sky was incredibly shy to the rest of the world, she was my talkative best friend. She was the one to guide me from sneaking cookies or tipping out of bed to see if the noise downstairs was Santa or our parents. A goody two shoes I guess you would call it. We spent our early years homeschooled together and it was by all accounts a dreamy, cultured, nurturing childhood. Our parents are amazing.

In high school, as we entered public school, I witnessed how boys flocked like crazy to Sky! Girls too. Instantly, Sky's pretty looks and warm personality made her most popular. It was a huge change. The pressures of that on Sky concerned me to the point that I even suggested to my mom that it might be too much for Sky to handle. High school pressures were tough for both of us. We stood out from the norm. Sky was an equestrian and I wrote poetry for starters. But Sky appeared to handle it. What we couldn't see was how much she wasn't speaking up for herself.

Sky learned a lot from this terrible experience. I hate to say it, but this helped her to learn to stand up to peer pressures and move on from an old friend circle from high school. I still can't understand why Sky didn't tell Mike "NO" when he asked to use our address, but I was there when the house was raided and can tell you she hadn't a clue that she did anything wrong. She sure understands now! This shook her to her core and changed her life forever. Tough lesson. I feel for my sister. I pray that you can factor in the changes in her as you decide on her sentencing. Sky is a beautiful person! Even stronger now with even **more** to contribute to society.

Sincerely yours,

*Jet Lawson*

Jet Lawson

18

# Yvonne S. Haywood

14306 Delcastle Drive, Bowie MD 20721
301-249-4648 home
301-233-3500 mobile

February 26, 2025

To The Honorable Judge Hurson,

This is the story of someone who didn't get caught. Me.

I was a college student. Young, adventurous, romantic, and I met a sophisticated handsome guy at a party over summer vacation and that was it. We hung out all summer. I didn't want to think about why he had no job but lots of money ( like a wife ignores the odd lipstick on the collar). I liked being with him. His world was thrilling, fun, exciting. The first time he had me sign a false name to a credit card receipt he said it was his mom's card and he didn't want to have to explain. So I signed. Then it became a thing with different names. I didn't ask the questions that I knew I should have asked. I didn't want to hear the answers and I convinced myself that I really wasn't involved in whatever was going on I was simply doing a small favor for a friend. And he was older and cool and suave and yes a little like James Bond. I wanted him to think I was too. It was oh so important that he not realize I was not. That went on all summer and yes occasionally there were purchases he made as gifts for me. I convinced myself it was no big deal. Dumb. Dumb. Dumb. Dumb.

Three years later, I was a student at Yale Law School. Yes, in reality I was and am a bookish nerd. There, I truly reflected on how stupid, naive, careless, and gullible I had been and how I had exposed my whole life and future to devastation. I also faced the cruel fact that my romance was a sham. I was the fall guy. There was nothing tying him to the fraud; only my signature. He picked me because I was not hip and cool and I fell for it. How could I have been so stupid. Because we're human. We make mistakes. We live and learn. I got off easy. I never paid for my mistake. My great niece Sky has not been so lucky.

I see in her the person I was.  Trusting that people you think you know have your best interests at heart. Believing that you can have a wide circle of friends and that none are frenemies and all are people of good character who are decent and kind. It's a cruel lesson to realize that's not life. For the past few years, fighting these charges has been so very difficult for Sky and for us. But adversity can cripple or build character. And I can say that naive foolish girl has transformed into quite a formidable woman. And she is prepared to face the consequences of her actions and meet the future with optimism and love of life.

Sincerely yours,

YVONNE S. HAYWOOD

Yvonne S. Haywood

# Chyna Murry

Dear Honorable Judge Hurson,

I am writing this letter on behalf of Sky Lawson, whom I have known for 13 years as my best friend in the world. We do everything together. Our first dogs are sisters from the same litter. Our second dogs are brothers from the same litter. We're both Geminis. Sky isn't just my best friend, she's my soulmate.

Sky and I actually connected on Facebook as teenagers because we had tons of mutual friends and attended the same high school. One day, I posted about needing help with my hair. Even though Sky's not a hairstylist in any form or fashion, she offered to help. From that moment, we hit it off and have been inseparable ever since.

People joke that we spend more time together than with our significant others—and honestly, they're right. We've even lived together for four of our 13 years as friends, and worked together for two of them. Knowing Sky's love for animals, I encouraged her to join me as a Veterinary Technician. Even with absolutely no prior vet experience, my job interviewed Sky and hired her immediately. She's been there ever since. A stable employee, even as I moved around to other hospitals since then.

Sky introduced me to her mom's non-profit organization, Path to Greatness, and encouraged me to volunteer. Through Path to Greatness, we made a meaningful impact in the DMV area by helping to organize toy drives; collecting and purchasing clothing and back to school supplies for kids in need, and participating in food drives. Since I've known her, Sky devotes countless hours to visiting stores to gather donations and delivering them herself to families. On Earth Day, we would be out picking up litter and planting flowers, cleaning up the community. Our efforts extended beyond just seasonal giving. We visited homeless shelters, walked the streets of D.C. passing out care packages. It was touching to connect directly with those in need. Sky's used to it and her dedication to these efforts isn't just a phase. She does it because she likes it.

---

13604 Gresham Court
Bowie, MD 20720

M  240-758-7007

21

Because of Sky, I was honored with an award at an annual gala for my contributions. I never would have experienced that without Sky's influence. Thanks to her, I've met a lot of other active people and gained a deeper understanding of what it truly means to give back.

But Sky has an exceptional moral character beyond her community work. Sky is someone you can rely on. Just the other day, she stayed up late for many hours, helping me with a homework assignment for my final grade. We weren't even together! She just wanted to make sure I did well. That's just the kind of person she is…. selfless, supportive, and always willing to help others. As an only child, I see Sky as the sibling I never had. She has been my constant. My family by choice.

Through this hardship, the horrific dog attack last year and the devastating loss of her long-term boyfriend some years back, Sky has shown an incredible resilience. Instead of letting grief consume her, she grew stronger. Her ability to persevere, even in the darkest times, is a testament to the kind of person she is.

I respectfully ask the court to consider Sky's beautiful character, how much she inspires the lives of so many people and the progress she has made in her life since the charges, especially how much she has learned in the time that has passed. Sky has been a model character since (and before). She has had no mishaps or even mistakes. I don't just believe, I know that Sky has learned from her mistakes and is truly sorry for her bad decision.

Thank you for your time and consideration.


Sincerely,

Chyna Murry
Chyna Murry



## Kelsey Garibaldi

April 7, 2025

Dear Honorable Judge Hurson,

My name is Kelsey Garibaldi and I am a mental health professional with nearly six years experience as a Supervisor at the Maryland Crisis Center. I have had the privilege of being one of Sky's best friends for the past 16 years and can attest to her character and the positive impact she has on those around her.

I want to start by saying: to know someone like Sky is to be loved, cherished, and genuinely supported. I've faced many challenges in life before getting to where I am today, and I wouldn't be who I am without this friendship.

I have thousands of memories with Sky, growing from teenagers to young adults to the women we are today. I could go on and on about the moments we've shared, the laughter, and what makes us so compatible as best friends, but instead, I'll share a few things that make her so special to me. She's made sure I never spent holidays alone, especially during times when I was estranged from my family. No matter what, she always made sure I felt loved and included. Sky is the fun friend, the one you want to be around if you need to laugh, joke, or just have a good time. But, she also brings light into any room she walks into because of her spirit. She has a caring heart. We marched side by side in campaigns and peaceful protests, advocating for what we believe in. And very personally, she has shown up, time and time again, for my daughter. Sky attends her cheer competitions and softball games as part of her support system. We are family.

Sky has a big circle of friends and family who care deeply about her. The thought of her facing jail time is so difficult to process—not just for her, but for *everyone* who loves and depends on her! You know the girl from *Legally Blonde*? That's Sky. Warm, fun, personable...and unfortunately, unsuspecting.

5316 Farragut Street, Hyattsville MD 20781   301-741-9446
kelsitag@ccsimd.org

23

As a mental health professional, I understand the importance of rehabilitation and the potential for individuals to learn from their mistakes. Sky has expressed remorse for her actions, so many times since this happened. It's clear that she has learned and grown so much from this experience. I kindly urge the court to consider leniency in this case. Sky is doing so well in school and has self rehabilitated. Please look at who she has been in the four years that have passed since her mistake. Please make it sooner than later that Sky could continue her education, work and keep volunteering to help others.

Thank you for considering my perspective…And last but not least, please consider Sky's incredibly strong support system as you make your decision.

Sincerely yours,

Kelsey Garibaldi
Supervisor
Community Crisis Services, Inc. (CCSI)

FROM THE DESK OF

# NODDRA GRAY

March 23, 2025

Dear Honorable Judge Hurson,

Sky Lawson and I have been best friends for 17 years. We met back in middle school because we were neighbors and rode the same bus every day. Throughout this long, beautiful, crazy, and sometimes trying friendship, I have come to know her better than most. We have been through countless situations that tested our bond, conquered challenges together, and witnessed the good, the bad, and the growth that shaped her into the incredible young woman standing before you today.

I've struggled with where to begin this letter because there's so much history and so much I could say. But let me be clear, Sky is not the person these charges make her out to be.

The thing about Sky is that once you get to know her, you can't help but love her. Her energy is contagious. I'm sure somebody wrote a letter about her history in community service and political campaigning. Well, I was right there with her. She pulled me and all our friends into serving and bettering our community. We learned a lot through Sky.

At 14, my mother had us attending New Home Baptist Church in Landover, Maryland, every Wednesday for night school and every Sunday for service. Sure, we may have dozed off in church from time to time, but having God in our hearts, we always knew right from wrong and good from bad. And Judge Hurson, a bad person, is not who Sky is.

For example, she has always inspired me to do the right thing, even in the smallest moments. Whether it's about respecting others, making better choices, or, to be honest, not taking things that don't belong to me (like double checking to make sure guy's aren't already taken). Just last month, we were parking in D.C., and I suggested we risk getting a ticket. Sky shut that down immediately! Talking about, "No, that's not right. I have the money to pay for parking." And so she did.

CONTACT

115 STAN FEY DRIVE UPPER MARLBORO MD 20774  |  (240) 917-5151 |. NEVAHWATSON@GMAIL.COM

Sky Tiffany Lawson has so much going for her. She's in school right now getting straight A's. I'm proud of her and I'm sure her teachers love her because everyone does. She's smart, funny, and simply a good person to be around. She is not built for prison. Not that people there wouldn't love her too, but she doesn't belong there. I've told her many times that if I could take her place in this bizarre situation, I would.

Over the years since these charges were filed, I have witnessed the emotional toll they have taken on her, but her energy has never dimmed. To know Sky is to know that, yes, she can be a little airheaded at times, and I know she wishes a thousand times over that she could go back and change the dumb choices she made. Everybody makes mistakes though. And she understands that dumb mistakes follow her for the rest of her life. I don't think Sky will ever make a dumb mistake as long as she lives. Not even with parking. She's beyond scared straight.

As you determine sentencing, please consider that Sky is a loving, intelligent, caring, and inspiring woman. A devoted daughter, friend, and citizen. If she's taken away, who's going to keep me on the straight and narrow? She pushes me, and so many others, to be better and to want more out of life. Keeping her locked away would do far more harm to society than good. Sky could be out here serving her community. Sky Tiffany Lawson is an honorable individual and a truly great human being. She is my best friend for life.

Sincerely yours,

Noddra Gray

FROM THE DESK OF

# REGINALD STATON

March 15, 2025

Dear Honorable Judge Hurson,

My name is Reginald Staton. I am a friend of Sky Lawson. It seems like I've known Sky for a lifetime, but until last year, Sky was someone I only really "knew of" in high school.  I never had the chance to truly know her on a personal level, until a year ago when we were introduced by a mutual friend. From that moment since, we've developed into best friends.

True, Sky's beauty caught my attention. So, never in a million years did I expect to find the most considerate, deeply caring, intelligent, fun, and inspiring person I have ever met in my ENTIRE life.

In a brief period of time, Sky has helped me to heal and cope with the loss of my father. He passed shortly before Sky and I connected. He would have adored her. Sometimes I wonder if he sent her.  I needed the inspiration she has brought to me in the worst way when she appeared. Her friendship has given me the strength to believe I can move forward through my own grief. And all along, as she offered me words of comfort and showed up for me in ways that truly mattered, she didn't even mention to me what she was going through.

One of the most touching things Sky did, which turns out to be just how she rolls, was to save all the pictures of my father that I shared with her through text messages, then surprise me with a beautifully printed photo album filled with them. That moment completely caught me off guard, especially since we hadn't even known each other for that long. I had joked with her before that, claiming she doesn't really care, but after that night, I never make that joke again.

Losing my father left a void in me that I believed would never be filled. I carried a dread inside me. But somehow, Sky, in her own way, brought light to my life. I truly feel that I'm healing because of her. She listens, truly listens, and understands what matters most to me. I've told her, she's responsible for the only good times I've had since my father's passing. Although I've only known Sky closely for a short time, there's no doubt our bond will last a lifetime.

12617 HILLMEADE STATION DR  |  (240)383-2860

Once she opened up and shared with me what she was facing, I wished more than anything that I could protect her. Before I even heard about this, I had already feared sometimes that her kindness could be taken for granted. But if there's one thing I know for sure, it's that I will always be in her corner, just as she has been in mine.

Sky entered my life as a constant source of support, encouragement, and positivity, but her example of tackling school with such a determined mindset to excel, under these circumstances, makes her extra special. Even with this case, I've seen her lift up other people around her in ways that are rare. Whether it's the simple act of surprising friends with flowers or pushing her friends to stay on top of their goals because she genuinely wants to see them succeed, I've witnessed it. Sky naturally has a way of making people feel valued, appreciated, and understood. I tell her all the time how genuine and loyal she is. People like her need to hear it more often because the world doesn't always give them the credit they deserve. It's impossible to reconcile Sky's charges with who I know her to be. She is one of the biggest blessings I have ever received in my life.

Finally, as someone who financially supports many people in my life, I was doubly shocked when Sky explained this case to me because I've offered so many things to Sky. She always declines, saying she is good. She never asks me for anything, even when she knows it's easy for her to ask. She doesn't. This is not the type of person who would intentionally break the law in the act of trying to take from innocent others. Like I said, it's impossible to reconcile. That's simply not who Sky is.

I will stand by Sky's side through every step of this ordeal and for the rest of her life as she finishes her education and continues striving for her personal greatness. I know that she will. No matter what. I have no doubt that Sky will emerge from this stronger. She will go on to become one of society's best assets.


Sincerely,

Reggie Staton

**A-PAW**
Veterinary Hospital
& Wellness Center

7601 Good Luck Road

Lanham, MD 20706
p: 301.552.3800 | e: apawvet@gmail.com
www.a-paw.com

April 17, 2025

Dear Honorable Judge Hurson,

I am Dr. Patricia Peynado-Boyce, owner of APAW Veterinary Hospital located in Lanham, Maryland, and I hereby welcome the opportunity to share in this small way. Having and managing a small, privately owned business, my team members are very valuable, and I strive daily to appreciate each of these individuals. They are expected to contribute to their own growth while developing and delivering great care to our pet patients. Sky Lawson has been one such team member for three and a half years.

The morning I received a call informing me that Sky would not be at the practice for her shift—due to the situation and charges now before your court—I must admit, the information was hard to believe. There was nothing about the accusations that aligned with the Sky I have come to know: the person who has been a dedicated member of my team, who is appreciated by pet parents, and who continues to be an asset to our practice.

Following Sky's job interview, I decided to allow her to come in (unpaid) to observe the different areas of a veterinary practice. This was an opportunity for her to explore whether this was a career path she could and would embrace, while my team observed whether she could be a good fit. After nearly two weeks, her actions and positive attitude led me and other team members to officially invite her to the team. Sky started out as a boarding guest veterinary assistant. In this role, her ability to take tasks to completion in an efficient manner was clearly noted. Most important was her commitment to the care of clients' pets. This cannot be taught. Sky worked her way up to become an exam room assistant and is presently a part-time student and a Client Service Representative at my practice.

In her client service role, Sky has been able to further develop her communication skills, which help her complete her daily tasks and execute many client service responsibilities. These responsibilities include, but are not limited to: handling client transactions, collecting outstanding balances, processing deposits for upcoming procedures, and performing daily financial reconciliation.

All financial activities within our practice are subject to multiple checks: by our office coordinator (who reviews all cash and check deposits prepared by the client service team), our internal bookkeeper, and an external accountant contracted through an accounting firm. None of these parties have ever raised concerns regarding my team's handling of financial matters.

As a small business owner, I must rely on my client service team to manage client finances with care and diligence. The success of the practice depends on having a trustworthy, hardworking, and cooperative team—and Sky is no exception; moreover, she can be seen as a blueprint of what I want for all incoming client service team members at my practice.

**A·PAW**
Veterinary Hospital
& Wellness Center

7601 Good Luck Road

Lanham, MD 20706
p: 301.552.3800 | e: apawvet@gmail.com
www.a-paw.com

The veterinary field is fast-paced, detail-oriented, and emotionally
demanding. At the start of her journey, I wondered whether her high-spiritedness could be a
shortcoming. But in turn, after working with Sky in practice for the past three and a half years, I
have come to consider her high spirit one of her strengths.

In June of last year, Sky suffered an unprovoked attack by a canine patient while walking in the
front yard of the practice facility alongside the dog and its owner. While we accept these risks as
occupational hazards, I had never witnessed or experienced a work-related injury of such severity.
The injury ultimately sidelined her for five to six months.

After an extended period out of the practice, receiving medical care and physical therapy, Sky
returned to the practice. Her absence was felt, and her return embraced by her team members,
doctors, and many pet parents. Despite some physical limitations, Sky has adapted by taking on a
valuable role in supporting pet parents—providing information upon request and accurately
documenting details as directed. She continues to develop and grow in these responsibilities.

Sky's display of resiliency is special and speaks to her character. She is a valued part of our team,
and it is my sincere wish that this young woman continue on her path to be an upstanding person,
even in these challenging times. I remain committed to supporting her growth—both personally and
professionally.

For any questions or clarification, I can be reached at 301-552-3800.

Best regards,

Dr. Patricia Peynado-Boyce