UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO: BAH-22-219 |
| TIFFANY LAWSON | |

### RESTITUTION ORDER

IT IS HEREBY ORDERED this 2d day of May, 2025, that an order of restitution for $2,094,319.00, joint and several, shall be included in the Judgment submitted for this matter to the following victims and in the following amounts:

Restitution Payment Information:

1.  Maryland Department of Labor                             $1,357,473.00
    1100 North Eutaw Street,
    Baltimore, MD 21201
    Attn: Pam Holand

2.  CA EDD                                                    $552,427.00
    Employment Development Department
    PO Box 826880 - UISD, MIC 40
    Sacramento, CA 94280-0001

3.  AZ DES                                                    $127,479.00
    Department of Economic Security
    Unemployment Insurance Administration
    P. O. Box 29225
    Phoenix, Arizona 85038-9225

4.  State of New Jersey-Dept. of Labor                         $56,940.00
    Attn: Ronald Marino, Asst. Commissioner
    PO Box 947
    John Fitch Way, 9th Flr
    Trenton NJ 08625

IT IS SO **ORDERED**
Signed this ___2d___ of ___May___, 2025.

_____
HONORABLE BRENDAN A. HURSON
UNITED STATES DISTRICT JUDGE
DISTRICT OF MARYLAND